**Electronically Filed**
**Supreme Court**
**SCWC-11-0000452**
**29-NOV-2012**
**08:02 AM**

SCWC-11-0000452

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JEREMY SALVADOR, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000452; SPP NO. 10-1-0047
(CR. NOS. 96-0152 and 96-0725))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Petitioner-Appellant Jeremy Salvador's

application for writ of certiorari filed on October 23, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai'i, November 29, 2012.

Jeremy Salvador,
petitioner, pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

